# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF OHIO
## EASTERN DIVISION

| | | |
|---|---|---|
| In re: | § | Case No. **04-65780-CKP** |
| | § | |
| **Martin, Ernest Wade** | § | Chapter 7 |
| **Martin, Mary Gail** | § | |
| | § | Judge: **Preston** |
| Debtor(s). | § | |

## NOTICE TO THE CLERK OF UNCLAIMED DIVIDENDS

**TO THE CLERK OF THE COURT:**

The attached check in the amount of $3,767.89 represents the total sum of unclaimed dividends in this estate and is paid to the court pursuant to 11 U.S.C. Sec. 347(a) and FRBP 3011. The name(s) and addresses of the parties entitled to those unclaimed dividends are as follows:

| Creditor Name and Address | Claim No. | Amount of Dividend |
|---|---|---|
| Ernest Wade Martin and<br>Mary Gail Martin<br>202 East St., Apt. 11<br>Mt. Vernon, OH  43050 | Surplus funds | $3,767.89 |

Dated:   10/5/11

*/s/ William B. Logan Jr.*
William B. Logan Jr., Case Trustee
0019290

cc:   U.S. Trustee
      Creditor